

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2021

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The January 12 pretrial conference is adjourned to Thursday, February 18, 2021, at 10:30 a.m.  Speedy trial time is excluded from January 12, 2021 until February 18, 2021, in the interest of justice.
>
> SO ORDERED.      _____
> Edgardo Ramos, U.S.D.J
> Dated: January 13, 2021
> New York, New York

Re:   *United States* v. *Justin Sanjurjo*, 20 Cr. 316 (ER)

Dear Judge Ramos:

The parties write jointly to seek an adjournment of the January 12, 2021 conference currently scheduled before the Court in the above-captioned matter, to permit the parties to continue discussing a pre-trial disposition.  The parties respectfully request that the Court reschedule the status conference for February 18 or 19, 2021, or as soon thereafter as is practicable for the Court.

Additionally, the Government respectfully requests, with the defendant's consent, that time between today and the next conference date be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the proposed exclusion would be in the interest of justice to allow the parties to discuss a pre-trial resolution.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____
Christy Slavik
Assistant United States Attorney
(212) 637-1113

cc:   Robert Baum, Esq. (by ECF)