UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JUSTIN SANJURJO,

    Defendant.

**ORDER**

20 Crim. 316 (ER)

RAMOS, D.J.:

    An audio feed of the sentencing proceeding, currently scheduled for May 28, 2021 at 11:00 a.m., may be accessed by calling (917) 933-2166 and using conference ID 209 741 60#. Members of the public and media are reminded that recording of the proceeding is strictly prohibited.

It is SO ORDERED.

Dated:   May 27, 2021.
           New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.